IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| BRECEK & YOUNG ADVISORS, INC., ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | Case No.  2:09-cv-02516-JAR-GLR |
|  ) | |
| LLOYDS OF LONDON SYNDICATE 2003, ) | |
|  ) | |
|  ) | |
| Defendant. ) | |

**PLAINTIFF BRECEK & YOUNG ADVISORS, INC.'S
PRELIMINARY WITNESS & EXHIBIT LIST**

Pursuant to the Court's Scheduling Order and Rule 16.2(e) of the Local Rules of this Court, plaintiff Brecek & Young Advisors, Inc. ("BYA") hereby provides its preliminary lists of witnesses and exhibits.[1]

**WITNESSES**

1. Natalie G. Haag
   2nd Vice President/Director of Governmental Affairs/Asst. General Counsel
   Security Benefit Corporation
   One Security Benefit Place
   Topeka, Kansas 66636-0001
   (785) 438-3121
   Subject(s):  Information related to the underlying *Wahl v. Brecek & Young Advisors, Inc., et al.* arbitration, BYA's damages related to the same and BYA's pursuit of insurance coverage for the same with Lloyds and all related issues.

2. Leia Farmer
   Deputy Chief Compliance Officer
   Securities America, Inc.
   1110 Iron Point Road, Suite 100
   Folsom, California 95630

---

[1] The Preliminary Witness and Exhibit List serves as a supplement to Plaintiff's Initial Rule 26 Disclosures.

(402) 399-9111, ext. 8122
Subject(s): Information related to the underlying *Wahl* arbitration and the pursuit of insurance coverage for the same with Lloyds and all related issues.

3. Jeffrey S. Jamieson
Husch Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, Missouri 63101
(314) 345-6417
Subject(s): As outside counsel for BYA in the underlying *Wahl* arbitration, Mr. Jamieson has knowledge regarding the settlement of that action, attorneys' fees and damages in the present matter, as well as issues with Lloyds regarding the underlying settlements and all related issues.

4. Anthony J. Hartman
Hermann, Cahn & Schneider
1301 East Ninth Street, Suite 500
Cleveland, Ohio 44114
(216) 781-5515
Counsel for Claimants in underlying *Wahl* arbitration
Subject(s): The nature and settlement of the *Wahl* action, and damages in the present matter and all related issues.

5. Ms. Kelly R. Davis
Securities America, Inc.
12325 Port Grace Boulevard
La Vista, Nevada 68128
(402) 399-9111, ext. 6208
Subject(s): As in-house counsel for Securities America, current parent company of BYA, Ms. Davis has knowledge of the legal fees incurred and other damages related to the underlying *Wahl* arbitration and all related issues.

6. Thomas Deitz
Claims Director, US
Catlin, Inc.
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 443-4933
Subject(s): Upon information and belief, Mr. Deitz has information regarding Policy No. 20184 at issue in the present matter (the "Policy"), Lloyds' coverage position related to the *Wahl* arbitration, and all related issues.

7.  Jim Cummins
    Senior Director
    Lancer Claims Service
    P.O. Box 7048
    Orange, California 92613
    Subject(s):  Upon information and belief, Mr. Cummins has information regarding the Policy, Lloyds' coverage position related to the *Wahl* arbitration, and all related issues.

8.  Cynthia Renner
    Senior Director of Claims
    Lancer Claims Services for Catlin/Lloyds of London Syndicate
    Brown & Brown of California, Inc.
    681 S. Parker St.
    Orange, California 92868
    714-939-0700
    Subject(s):  Upon information and belief, Ms. Renner has information regarding the Policy, Lloyds' coverage position related to the *Wahl* arbitration, and all related issues.

9.  James A. McGovern
    Partner
    Marshall, Dennehey, Warner, Coleman & Goggin
    U.S. Street Tower, Suite 2900
    600 Grant Street
    Pittsburgh, Pennsylvania 15219
    (412) 803-1140
    Subject(s):  Upon information and belief, Mr. McGovern has information regarding the facts and allegations of the *Wahl* arbitration, Lloyds' coverage position related to the same and all related issues.

10. Joel Wertman
    Marshall, Dennehey, Warner, Coleman & Goggin
    1845 Walnut St.
    Philadelphia, Pennsylvania 19103
    (215) 575-2600
    Subject(s):  Upon information and belief, Mr. Wertman has information regarding the facts and allegations of the *Wahl* arbitration, Lloyds' coverage position related to the same and all related issues.

11. Fred Balser, Jr.
    7973 Washington Woods Dr.
    Centerville, OH 45459
    Subject(s):  Upon information and belief, Mr. Balser has information regarding the facts and allegations of the *Wahl* arbitration, BYA's claim against Lloyds and all related issues.

12. Any witness determined to be necessary during the course of discovery.

13. Any witnesses necessary for impeachment or rebuttal, including any expert witnesses.

14. Any witnesses that may be determined to be necessary by future rulings of this Court.

15. All witnesses disclosed or identified by defendant.

16. Plaintiff further reserves the right to update and amend this preliminary list after the close of discovery.

**PRELIMINARY EXHIBIT LIST**

| Exhibit No. | Description | Bates No |
|---|---|---|
| 1 | Second Amended Statement of Claim, *In the Matter of the Arbitration Between: Paul W. and Marie S. Wahl, et al. v. Brecek & Young Advisors, Inc., et al.*, NASD Case No. 07-0515 | BYA 00001-00058 |
| 2 | Lloyds of London Syndicate 2003 policy, Policy No. 20184, issued to Brecek & Young Advisors, Inc. | BYA 00059-00095 |
| 3 | Check No. 031944 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00096 |
| 4 | Check No. 1041 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00097 |
| 5 | Check No. 1042 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00098 |
| 6 | Check No. 1043 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00099 |
| 7 | Check No. 1044 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00100 |
| 8 | Check No. 1045 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00101 |
| 9 | Check No. 1046 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00102 |
| 10 | Check No. 1047 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00103 |
| 11 | Check No. 1048 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00104 |
| 12 | Check No. 1049 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00105 |
| 13 | Check No. 1050 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00106 |
| 14 | Check No. 1051 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00107 |
| 15 | Check No. 1059 **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00108 |
| 16 | Correspondence and defense cost information **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00109-00197 |
| 17 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00198-00207 |

| | | |
|---|---|---|
| 18 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00208-00217 |
| 19 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00218-00227 |
| 20 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00228-00237 |
| 21 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00238-00247 |
| 22 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00248-00257 |
| 23 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00258-00267 |
| 24 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00268-00277 |
| 25 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00278-00287 |
| 26 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00288-00297 |
| 27 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00298-00307 |
| 28 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00308-00317 |
| 29 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00318-00327 |
| 30 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00328-00337 |
| 31 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00338-00347 |
| 32 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00348-00357 |

CC 2265585v1

| 33 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00358-00367 |
|---|---|---|
| 34 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00368-00377 |
| 35 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00378-00387 |
| 36 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00388-00397 |
| 37 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00398-00407 |
| 38 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00408-00417 |
| 39 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00418-00427 |
| 40 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00428-00437 |
| 41 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00438-00447 |
| 42 | Release and Settlement between BYA and claimant in Wahl arbitration **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | BYA 00448-00457 |
| 43 | Lloyds of London Syndicate 2003 policy, Policy No. 20184, issued to Brecek & Young Advisors, Inc., copy produced by defendant | LLS 001-0037 |
| 44 | Fred Balser's Answer, Motion to Dismiss, Legal Brief and Affirmative Defenses in *Wahl Arbitration* | LLS 0038-0060 |
| 45 | Investment Consulting & Research, Inc. ("ICR") Disclosure Brochure | LLS 0061-0074 |
| 46 | Solicitation Agreement between ICR and Michael Snyder | LLS 0075-0084 |
| 47 | Soliciting Adviser Agreement between BYA and ICR | LLS 0085-0091 |
| 48 | Asset Management Agreement | LLS 0092-0098 |
| 49 | February 2007 "Notice to Members" regarding Code of Arbitration Procedures | LLS 0099-0112 |

| | | |
|---|---|---|
| 50 | Motion for Order Limiting Respondents' Motion to Dismiss to Issue of Rule 12206 Eligibility or in the alternative, postponing deadline for opposing arguments until close of discovery in *Wahl* arbitration proceeding | LLS 0113-0133 |
| 51 | Claimants' Memorandum re: Limited Scope of Motion to Dismiss Following Code Revision of April 16, 2007 in *Wahl* arbitration | LLS 0134-0144 |
| 52 | 1/28/07 Letter to Jim Cummins of Lancer Claims Service and Fred Balser from Joel Wertman of Marshall Dennehey enclosing Fred Balser's Reply Brief to Claimant's Opposition to Motion to Dismiss in *Wahl* arbitration | LLS 0145 |
| 53 | 1/28/07 Letter to Erroll E. Angara, Case Administrator, FINRA from Joel Wertman of Marshall Dennehey enclosing Fred Balser's Reply Brief to Claimant's Opposition to Motion to Dismiss in *Wahl* arbitration | LLS 0146 |
| 54 | Fred Balser's Reply Brief to Claimant's Opposition to Motion to Dismiss in *Wahl* arbitration | LLS 0147-0155 |
| 55 | 1/18/08 Letter from James McGovern to counsel for other defendants in *Wahl* arbitration | LLS 0156-0157 |
| 56 | Joint Defense Agreement among BYA and other defendants in *Wahl* arbitration | LLS 0158-0166 |
| 57 | 1/11/08 Letter to FINRA from James McGovern | LLS 0167-0169 |
| 58 | 12/28/07 Letter to Jim Cummins of Lancer Claims Service and Fred Balser from Joel Wertman | LLS 0170 |
| 59 | Fred Balser's Response to Claimants' Memorandum Regarding Limited Scope of Motions to Dismiss and Claimants' Motion for Order Limiting Respondents' Motions to Dismiss | LLS 0171-0181 |
| 60 | 11/5/07 Letter to Jim Cummins and Fred Balser from Joel Wertman | LLS 0182 |
| 61 | Fred Balser's Answer, Motion to Dismiss, Legal Brief and Affirmative Defenses in *Wahl Arbitration* and attached exhibits | LLS 0183-0280 |
| 62 | 9/11/07 Reservation of rights letter to Fred Balser from Cynthia Renner of Lancer Claims Service/Brown & Brown of California, Inc. | LLS 0281-0290 |
| 63 | NASD Arbitration Uniform Submission Agreements | LLS 0291-0295, 0297 |

| 64 | Second Amended Statement of Claim and attached exhibits, *In the Matter of the Arbitration Between:  Paul W. and Marie S. Wahl, et al. v. Brecek & Young Advisors, Inc., et al.*, NASD Case No. 07-0515 (copy produced by defendant) | LLS 0296, 0298-0381 |
| --- | --- | --- |
| 65 | NASD Arbitration Uniform Submission Agreements | LLS 0382-0424 |
| 66 | Amended Statement of Claim, *In the Matter of the Arbitration Between:  Paul W. and Marie S. Wahl, et al. v. Brecek & Young Advisors, Inc., et al.*, NASD Case No. 07-0515 | LLS 0425-0478 |
| 67 | Statement of Claim and attached exhibits, *In the Matter of the Arbitration Between:  Paul W. and Marie S. Wahl, et al. v. Brecek & Young Advisors, Inc., et al.*, NASD Case No. 07-0515 | LLS 0479-0528 |
| 68 | All deposition exhibits in this matter | |
| 69 | All documents listed as exhibits by defendant | |
| 70 | All documents produced by the parties in this litigation | |
| 71 | All documents necessary for impeachment and/or rebuttal | |
| 72 | Any exhibits not listed herein, the need for which cannot be reasonably anticipated at this time, but which become necessary due to unanticipated evidence presented by any party in this case, or which are discovered or determined to be material/relevant subsequent to this filing | |

Respectfully submitted,

/s/ Michael J. Abrams
Michael J. Abrams  KS Bar #15407
mabrams@lathropgage.com
Kimberly K. Winter  KS Bar #17912
kwinter@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone:  (816) 292-2000
Facsimile:   (816) 292-2001

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of May, 2010, I electronically filed the foregoing Preliminary Witness and Exhibit List with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            /s/ Michael J. Abrams