**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | | |
|---|---|---|
| **BRECEK & YOUNG ADVISORS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:09-cv-02516-JAR-GLR** |
| | ) | |
| **LLOYDS OF LONDON** | ) | |
| **SYNDICATE 2003,** | ) | |
| | ) | |
| **Defendant** | ) | |

### DEFENDANT'S PRELIMINARY LIST OF WITNESSES AND EXHIBITS

**COMES NOW** Defendant Lloyds of London Syndicate 2003, by and through its undersigned counsel, pursuant to the Court's Scheduling Order, and hereby submits the following Preliminary List of Witnesses and the following Preliminary List of Exhibits:

### WITNESSES

1.  Mr. Thomas Deitz
    Claims Director, US
    Catlin, Inc.
    3340 Peachtree Road NE
    Atlanta, Georgia 30326
    (404) 443-4933

2.  Ms. Natalie G. Haag
    2nd Vice President
    Director of Governmental Affairs
    Assistant General Counsel
    Security America Corporation
    One Security Benefit Place
    Topeka, Kansas 66636-0001
    (785) 438-3121

3.  Ms. Kelly R. Davis
    Counsel
    Securities America, Inc.
    12325 Port Grace Boulevard
    La Vista, Nebraska 68128
    (402) 399-9111

4.  James A. McGovern, Esq.
    Partner
    Marshall, Dennehey, Warner, Coleman & Goggin
    U.S. Steel Tower, Suite 2900
    600 Grant Street
    Pittsburgh, Pennsylvania 15219
    (412) 803-1140

5.  Mr. Fred Balser, Jr.

    Address Unknown
    Telephone Number Unknown

6.  Jeffrey S. Jamieson, Esq.
    Partner
    Husch Blackwell Sanders LLP
    The Plaza in Clayton Office Tower
    1900 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105

7.  Leia Farmer
    Deputy Chief Compliance Officer
    Securities America, Inc.
    1110 Iron Point Road, Suite 100
    Folsom, California 95630
    (402) 399-9111

8.  Anthony Hartman
    Hermann, Cahn & Schneider
    1301 East Ninth Street, Suite 500
    Cleveland, Ohio 44114
    (216) 781-5515

## <u>EXHIBITS</u>

1.      Policies, and documents such as applications incorporated therein by reference, issued by Lloyds to defendant.

2.      All pleadings, correspondences and documents relating to the arbitration.

3.      The non-privileged and otherwise unobjectionable portions of Lloyds' claim files pertaining to the arbitration.

By: /s/ David R. Buchanan
David R. Buchanan                KS #13034
Derek H. MacKay                 KS #23213
Brown & James, P.C.
1900 City Center Square
1100 Main Street
Kansas City, Missouri 64105
Telephone:  (816) 472-0800
Facsimile:  (816) 421-1183
Email:  dbuchanan@bjpc.com
          dmackay@bjpc.com
*ATTORNEY FOR DEFENDANT*
*LLOYDS OF LONDON SYNDICATE 2003*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 12th day of May, 2010, the foregoing was electronically filed with the Clerk of the United States District Court for the District of Kansas by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


 /s/ David R. Buchanan

8595026.dhm