## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| BRECEK & YOUNG ADVISORS, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No. 2:09-cv-02516JAR-GLR** |
| | ) |
| LLOYDS OF LONDON | ) |
| SYNDICATE 2003, | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S FINAL WITNESS AND EXHIBIT DISCLOSURES

**COMES NOW** defendant Lloyds of London Syndicate 2003, by and through the undersigned counsel, pursuant to the Court's Order of October 15, 2014 (Doc. 155), and hereby submits the following list of witnesses and exhibits:

### WITNESSES

1.  Mr. Thomas Deitz
    Claims Director, US
    Catlin, Inc.
    3340 Peachtree Road NE
    Atlanta, Georgia  30326
    (404) 443-4933

2.  Ms. Natalie G. Haag
    General Counsel and Executive VP
    Capital Federal Savings Bank
    700 S. Kansas Ave.
    Topeka, Kansas 66603
    Home: 9125 Northwest Topeka Boulevard
    Topeka, Kansas

3.  Joseph P. Mooney
    Catlin, Inc.
    3350 Peachtree Road N.E., Suite 2940
    Atlanta, Georgia  30326
    (404) 443-5275

{0179530.DOCX}

4.     Frank Joseph Regan
       Professional Liability Claims Specialist
       Fireman's Fund Insurance Company

5.     Kevin Miller
       Securities America
       Vice President, Chief Compliance Officer and Deputy General Counsel

6.     Leia Farmer
       AML Compliance Officer
       Alpine Securities Corporation
       39 Exchange Place
       Salt Lake City, Utah 84111
       Home:  150 South 300 East, Unit 309
       Salt Lake City, Utah 84111

7.     Gerald C. Haake
       1015 W. 114th Terrace
       Kansas City, Missouri 64114-5222

## **EXHIBITS**

1.     Policies and documents such as applications incorporated therein by reference,

issued by Lloyds to defendant.

2.     All pleadings, correspondence and documents relating to the arbitration.

3.     The non-privileged and otherwise unobjectionable portions of Lloyds' claim files

pertaining to the arbitration.

4.     All marked exhibits from the depositions taken in this matter.

5.     All deposition transcripts from this matter.

6.     The complete file, CV and report of Gerald C. Haake.

*Respectfully submitted:*

**NORRIS & KEPLINGER, LLC**


/s/Bruce Keplinger
Bruce Keplinger, bk@nkfirm.com #09562
Christopher Lucas, cjl@nkfirm.com, #20160
9225 Indian Creek Parkway
Corporate Woods, Building 32, Suite 750
Overland Park, Kansas 66210
913.663.2000/Fax: 913.663.2006
**ATTORNEYS FOR DEFENDANT LLOYDS OF
LONDON SYNDICATE 2003**

## CERTIFICATE OF SERVICE

I certify that on this 10th day of February, 2015, the foregoing was filed using the CM/ECF system, which sent notice of electronic filing to the following:

Michael J. Abrams
Kimberly K. Winter
Lathrop & Gage, LLP-KC
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2684
(816) 292-2000/(816) 292-2001 FAX
ATTORNEYS FOR PLAINTIFF BRECEK &
YOUNG ADVISORS, INC.


/s/Bruce Keplinger
Attorneys for Lloyds of London Syndicate 2003


{0179530.DOCX}3