## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | | |
|---|---|---|
| BRECEK & YOUNG ADVISORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-cv-02516-JAR-GLR |
| | ) | |
| LLOYDS OF LONDON | ) | |
| SYNDICATE 2003, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF BRECEK & YOUNG ADVISORS, INC.'S EXHIBITS

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | Lloyds of London Syndicate 2003, "Broker/Dealer and Registered Representatives Professional Liability Policy," policy no. 201841, effective 12/1/06-07 | Renner Depo Ex 1 | | | |
| 2 | 08/09/2007 letter from Cynthia Renner to Leia Farmer | Renner Depo Ex 2 | | | |
| 3 | 04/13/2007 letter from Keith Lowers to Leia Farmer with attached policy | Renner Depo Ex 3 | | | |
| 4 | 10/29/2007 letter from Cynthia Renner to Leia Farmer | Renner Depo Ex 4 | | | |
| 5 | 12/12/2007 letter from Cynthia Renner to Leia Farmer | Renner Depo Ex 5 | | | |
| 6 | 10/20/2008 letter from Natalie Haag to Cynthia Renner | Renner Depo Ex 6 | | | |
| 7 | Third Amended Notice of Videotaped Deposition | Miller Depo Ex 1 | | | |
| 8 | Motion to Sever of Respondent BYA | Miller Depo Ex 2 | | | |
| 9 | 10/20/2008 letter from Haag to Renner | Miller Depo Ex 3 | | | |
| 10 | 06/28/2007 email chain from Farmer to Regan | Miller Depo Ex 4 | | | |
| 11 | Notice to Take Deposition Duces Tecum of Leia Farmer | Farmer Depo Ex 1 | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 12 | Curriculum Vitae of Farmer | Farmer Depo Ex 2 | | | |
| 13 | Statement of Claim – Knotts | Farmer Depo Ex 3 | | | |
| 14 | Statement of Claim – Colaner | Farmer Depo Ex 4 | | | |
| 15 | 06/21/2006 letter to Lancer Claims from Farmer | Farmer Depo Ex 5 | | | |
| 16 | 10/11/2006 letter to BYA from Rettberg | Farmer Depo Ex 6 | | | |
| 17 | 11/08/2006 letter to BYA from Rettberg | Farmer Depo Ex 7 | | | |
| 18 | 12/27/2006 Emails from Farmer to Regan and letter | Farmer Depo Ex 8 | | | |
| 19 | 03/19/2007 letter to BYA from Regan | Farmer Depo Ex 9 | | | |
| 20 | 04/13/2007 letter to BYA from Lowers | Farmer Depo Ex 10 | | | |
| 21 | 08/09/2007 letter to BYA from Renner | Farmer Depo Ex 11 | | | |
| 22 | 06/22/2007 letter to Lancer Claims from Farmer | Farmer Depo Ex 12 | | | |
| 23 | 10/29/2007 letter to BYA from Renner | Farmer Depo Ex 13 | | | |
| 24 | Complaint for Declaratory Relief and Damages | Farmer Depo Ex 14 | | | |
| 25 | Amended Statement of Claim | Farmer Depo Ex 15 | | | |
| 26 | 11/26/2007 letter to Farmer from Dilly | Farmer Depo Ex 16 | | | |
| 27 | Fireman's Fund Insurance Company ("FFIC") insurance policy, policy no. 8-17-ME 07318221, effective 12/1/05-06 | Farmer Depo Ex 17 | | | |
| 28 | 12/12/2007 letter to BYA from Renner | Farmer Depo Ex 18 | | | |
| 29 | 10/20/2008 letter to Renner from Haag | Farmer Depo Ex 19 | | | |
| 30 | 09/26/2013 Progress Notes for Claim #80871 | Farmer Depo Ex 20 | | | |
| 31 | 11/20/2007 Email to Farmer from Knowles | Farmer Depo Ex 21 | | | |
| 32 | 10/17/2007 Email to Regan from Farmer | Farmer Depo Ex 22 | | | |

23451887v1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 33 | 10/30/2007 Email to Regan from Farmer | Farmer Depo Ex 23 | | | |
| 34 | Progress Notes for Claim #80871 | Regan Depo Ex 1 | | | |
| 35 | Fireman's Fund Policy | Regan Depo Ex 2 | | | |
| 36 | 12/27/2006 Memo from Farmer to Regan | Regan Depo Ex 3 | | | |
| 37 | 03/19/2007 Letter from Regan to Farmer | Regan Depo Ex 4 | | | |
| 38 | 06/22/2007 Letter from Farmer to Lancer Clams | Regan Depo Ex 5 | | | |
| 39 | 06/28/2007 Memo from Farmer to Regan | Regan Depo Ex 6 | | | |
| 40 | 07/24/2007 Memo from Jamieson to Farmer | Regan Depo Ex 7 | | | |
| 41 | 07/27/2007 Memo from Jamieson to Regan | Regan Depo Ex 8 | | | |
| 42 | 08/09/2007 Letter from Renner to Farmer | Regan Depo Ex 9 | | | |
| 43 | 08/17/2007 Letter from Regan to Baxter | Regan Depo Ex 10 | | | |
| 44 | 10/17/2007 Memo from Farmer to Regan | Regan Depo Ex 11 | | | |
| 45 | 10/29/2007 Letter from Renner to Farmer | Regan Depo Ex 12 | | | |
| 46 | 10/30/2007 Memo from Farmer to Regan | Regan Depo Ex 13 | | | |
| 47 | 10/31/2007 Memo from Farmer to Regan | Regan Depo Ex 14 | | | |
| 48 | 11/20/2007 Memo from Knowles to Farmer | Regan Depo Ex 15 | | | |
| 49 | 11/26/2007 Letter from Dilly to Farmer | Regan Depo Ex 16 | | | |
| 50 | 04/11/2008 Memo from Farmer to Regan | Regan Depo Ex 17 | | | |
| 51 | 12/12/2007 Letter from Renner to Farmer | Regan Depo Ex 18 | | | |
| 52 | 06/28/2007 Memo from Regan to Farmer | Regan Depo Ex 19 | | | |
| 53 | 10/17/2007 Memo from Regan to Newlon-Trujillo | Regan Depo Ex 20 | | | |
| 54 | 10/23/2007 Memo from Newlon-Trujillo | Regan Depo Ex 21 | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 55 | 04/14/2008 Memo from Regan to Farmer | Regan Depo Ex 22 | | | |
| 56 | 12/17/2014 Letter from Abrams to Regan | Regan Depo Ex 23 | | | |
| 57 | 12/27/2006 Memo from Regan to Farmer | Regan Depo Ex 24 | | | |
| 58 | 01/24/2007 Memo from Regan to Farmer | Regan Depo Ex 25 | | | |
| 59 | 03/19/2007 Letter from Regan to Farmer | Regan Depo Ex 26 | | | |
| 60 | 07/30/2007 Memo from Regan to Damisa | Regan Depo Ex 27 | | | |
| 61 | 07/31/2007 Memo from Damisa to Regan | Regan Depo Ex 28 | | | |
| 62 | 09/11/2007 Memo from Long to Renner | Regan Depo Ex 29 | | | |
| 63 | Progress Notes for Claim #79399 | Regan Depo Ex 30 | | | |
| 64 | 11/08/2007 Memo from Newlon-Trujillo to Regan | Regan Depo Ex 31 | | | |
| 65 | 11/25/2007 Memo from Regan to Newlon-Trujillo | Regan Depo Ex 32 | | | |
| 66 | 11/16/2007 Memo from Regan to Renner | Regan Depo Ex 33 | | | |
| 67 | Progress Notes for Claim #79399 | Regan Depo Ex 34 | | | |
| 68 | 11/26/2007 Letter from Margulis to Regan | Regan Depo Ex 35 | | | |
| 69 | 12/12/2007 Memo from Newlon-Trujillo | Regan Depo Ex 36 | | | |
| 70 | Progress Notes for Claim #79399 | Regan Depo Ex 37 | | | |
| 71 | Progress Notes from Claim #79399 | Regan Depo Ex 38 | | | |
| 72 | Amended Deposition Notice | Haag Depo Ex 1 | | | |
| 73 | Bio of Natalie Haag | Haag Depo Ex 2 | | | |
| 74 | 12/17/2008 Letter from Margulis to Haag | Haag Depo Ex 3 | | | |
| 75 | 01/21/2009 Letter from Abrams to Margulis | Haag Depo Ex 4 | | | |
| 76 | 02/03/2009 Letter from Margulis to Abrams | Haag Depo Ex 5 | | | |

- 4 -

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 77 | 11/20/2007 Email from Dilly to Knowles | Haag Depo Ex 6 | | | |
| 78 | 12/22/2014 Haake Opinion Letter | Haake Depo Ex 1 | | | |
| 79 | Haake CV | Haake Depo Ex 2 | | | |
| 80 | Fireman's Fund Records | Haake Depo Ex 3 | | | |
| 81 | 2004-2005 Professional Liability Insurance Policy | Haake Depo Ex 4 | | | |
| 82 | 12/22/2014 Haake Opinion Letter with handwritten notations and notes about Leia Farmer's deposition | Haake Depo Ex 5 | | | |
| 83 | Typewritten notes entitled T/C 1-21-15 w/Bruce Keplinger of Norris Keplinger | Haake Depo Ex 6 | | | |
| 84 | FFIC Loss Run | FFIC0001-6 | | | |
| 85 | Statement of Claim in Wahl Arbitration | BYA00776-801 | | | |
| 86 | Second Amended Statement of Claim in Wahl Arbitration | BYA00001-58 | | | |
| 87 | 2009 Mutual Release and Settlement Agreements between claimants and respondents in Wahl Arbitration | BYA00198-457 | | | |
| 88 | Settlement checks | BYA00096-108 | | | |
| 89 | Defense cost invoices | BYA00115-197 | | | |
| 90 | 07/2007 email chain between L. Farmer, J. Jamieson and F. Regan regarding Lloyds' approval of counsel for Wahl | BYA04188-89 | | | |
| 91 | Correspondence from N. Haag enclosing spreadsheet of Wahl settlement payments | BYA1400-04 | | | |
| 92 | 01/11/2009 email from Jamieson to T. Deitz of Catlin regarding settlement of Wahl | BYA02702 | | | |
| 93 | Correspondence between BYA and Catlin regarding settlement of Wahl | BYA1406-07, BYA3826-27 | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 94 | 03/14/2007 letter from C. Dilly on behalf of Lloyds denying coverage for Knotts | BYA05862-67 | | | |
| 95 | 05/21/2007 letter from F. Regan on behalf of FFIC re: Knotts | BYA05869 | | | |
| 96 | Progress Notes from Claim #79399 | LANCER00001-76 | | | |
| 97 | 12/12/2007 Email from Renner to Newlon-Trujillo | LANCER00455-457 | | | |
| 98 | 07/31/2007 Email from Camisa to Regan | LANCER00560 | | | |
| 99 | 07/27/2007 Email from Regan to Camisa | LANCER00609 | | | |

Date:  February 10, 2015

Respectfully submitted,

LATHROP & GAGE LLP

*/s/ Michael J. Abrams*
Michael J. Abrams     KS Bar # 15407
mabrams@lathropgage.com
Kimberly K. Winter    KS Bar #17912
kwinter@lathropgage.com
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000 – Telephone
(816) 292-2001 – Facsimile

ATTORNEYS FOR PLAINTIFF

23451887v1

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that, on this 10th day of February, 2015, the foregoing was electronically filed and served by the ECF Court filing system on the below named counsel:

       Bruce Keplinger
       bk@nkfirm.com
       Christopher J. Lucas
       cjl@nkfirm.com
       NORRIS & KEPLINGER, LLC
       9225 Indian Creek Parkway
       Corporate Woods, Building 32, Suite 750
       Overland Park, KS 66210
       ATTORNEYS FOR DEFENDANT

                       /s/ *Michael J. Abrams*
                       An Attorney for Plaintiff

23451887v1