## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| **BRECEK & YOUNG ADVISORS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:09-cv-02516-JAR-GLR |
| ) | |
| **LLOYDS OF LONDON** ) | |
| **SYNDICATE 2003,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT, GERALD C. HAAKE

Plaintiff Brecek & Young Advisors, Inc. ("BYA"), hereby moves the Court for an order excluding the testimony of Defendant Lloyds of London Syndicate 2003's ("Lloyds") expert, Gerald C. Haake.  Mr. Haake's testimony is unreliable, superfluous and unhelpful to the trier of fact on the narrow issue remaining before the Court on remand.  As a result, Mr. Haake's testimony is improper under FRE 702 and should be excluded at trial.

A memorandum in support of this motion is filed herewith and incorporated by reference.  Also submitted in support of this motion are Mr. Haake's December 22, 2014 opinion letter and excerpts from Mr. Haake's February 6, 2015 deposition, as Exhibits A and B.

For the reasons stated herein and in BYA's memorandum in support, BYA requests that its motion in limine to exclude the testimony of Gerald C. Haake be granted.

Date:  February 13, 2015                    Respectfully submitted,

/s/ *Michael J. Abrams*
Michael J. Abrams  KS Bar #15407
mabrams@lathropgage.com
Kimberly K. Winter  KS Bar #17912
kwinter@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone:  (816) 292-2000
Facsimile:   (816) 292-2001

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify that, on this 13th day of February, 2015, the foregoing was electronically filed and served by the ECF Court filing system on the below named counsel:

Bruce Keplinger
bk@nkfirm.com
Christopher J. Lucas
cjl@nkfirm.com
NORRIS & KEPLINGER, LLC
9225 Indian Creek Parkway
Corporate Woods, Building 32, Suite 750
Overland Park, KS 66210
ATTORNEYS FOR DEFENDANT

/s/ *Michael J. Abrams*
An Attorney for Plaintiff