# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | | |
|---|---|---|
| BRECEK & YOUNG ADVISORS, INC., | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-cv-02516-JAR-GLR |
| | ) | |
| LLOYDS OF LONDON SYNDICATE 2003, | ) ) | |
| | ) | |
|       Defendant. | ) | |

## JOINT EXHIBIT LIST

    Plaintiff, Brecek & Young Advisors, Inc. ("BYA") and Defendant, Lloyds of London Syndicate 2003 ("Lloyds") have conferred and agreed to use Plaintiff's Exhibit List (Doc 196) as the parties' Joint Exhibit List.

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | Lloyds of London Syndicate 2003, "Broker/Dealer and Registered Representatives Professional Liability Policy," policy no. 201841, effective 12/1/06-07 | Renner Depo Ex 1 | | | |
| 2 | 08/09/2007 letter from Cynthia Renner to Leia Farmer | Renner Depo Ex 2 | | | |
| 3 | 04/13/2007 letter from Keith Lowers to Leia Farmer with attached policy | Renner Depo Ex 3 | | | |
| 4 | 10/29/2007 letter from Cynthia Renner to Leia Farmer | Renner Depo Ex 4 | | | |
| 5 | 12/12/2007 letter from Cynthia Renner to Leia Farmer | Renner Depo Ex 5 | | | |
| 6 | 10/20/2008 letter from Natalie Haag to Cynthia Renner | Renner Depo Ex 6 | | | |
| 7 | Third Amended Notice of Videotaped Deposition | Miller Depo Ex 1 | | | |
| 8 | Motion to Sever of Respondent BYA | Miller Depo Ex 2 | | | |

23451887v2

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 9 | 10/20/2008 letter from Haag to Renner | Miller Depo Ex 3 | | | |
| 10 | 06/28/2007 email chain from Farmer to Regan | Miller Depo Ex 4 | | | |
| 11 | Notice to Take Deposition Duces Tecum of Leia Farmer | Farmer Depo Ex 1 | | | |
| 12 | Curriculum Vitae of Farmer | Farmer Depo Ex 2 | | | |
| 13 | Statement of Claim – Knotts | Farmer Depo Ex 3 | | | |
| 14 | Statement of Claim – Colaner | Farmer Depo Ex 4 | | | |
| 15 | 06/21/2006 letter to Lancer Claims from Farmer | Farmer Depo Ex 5 | | | |
| 16 | 10/11/2006 letter to BYA from Rettberg | Farmer Depo Ex 6 | | | |
| 17 | 11/08/2006 letter to BYA from Rettberg | Farmer Depo Ex 7 | | | |
| 18 | 12/27/2006 Emails from Farmer to Regan and letter | Farmer Depo Ex 8 | | | |
| 19 | 03/19/2007 letter to BYA from Regan | Farmer Depo Ex 9 | | | |
| 20 | 04/13/2007 letter to BYA from Lowers | Farmer Depo Ex 10 | | | |
| 21 | 08/09/2007 letter to BYA from Renner | Farmer Depo Ex 11 | | | |
| 22 | 06/22/2007 letter to Lancer Claims from Farmer | Farmer Depo Ex 12 | | | |
| 23 | 10/29/2007 letter to BYA from Renner | Farmer Depo Ex 13 | | | |
| 24 | Complaint for Declaratory Relief and Damages | Farmer Depo Ex 14 | | | |
| 25 | Amended Statement of Claim | Farmer Depo Ex 15 | | | |
| 26 | 11/26/2007 letter to Farmer from Dilly | Farmer Depo Ex 16 | | | |
| 27 | Fireman's Fund Insurance Company ("FFIC") insurance policy, policy no. 8-17-ME 07318221, effective 12/1/05-06 | Farmer Depo Ex 17 | | | |
| 28 | 12/12/2007 letter to BYA from Renner | Farmer Depo Ex 18 | | | |
| 29 | 10/20/2008 letter to Renner from Haag | Farmer Depo Ex 19 | | | |

23451887v2

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 30 | 09/26/2013 Progress Notes for Claim #80871 | Farmer Depo Ex 20 | | | |
| 31 | 11/20/2007 Email to Farmer from Knowles | Farmer Depo Ex 21 | | | |
| 32 | 10/17/2007 Email to Regan from Farmer | Farmer Depo Ex 22 | | | |
| 33 | 10/30/2007 Email to Regan from Farmer | Farmer Depo Ex 23 | | | |
| 34 | Progress Notes for Claim #80871 | Regan Depo Ex 1 | | | |
| 35 | Fireman's Fund Policy | Regan Depo Ex 2 | | | |
| 36 | 12/27/2006 Memo from Farmer to Regan | Regan Depo Ex 3 | | | |
| 37 | 03/19/2007 Letter from Regan to Farmer | Regan Depo Ex 4 | | | |
| 38 | 06/22/2007 Letter from Farmer to Lancer Clams | Regan Depo Ex 5 | | | |
| 39 | 06/28/2007 Memo from Farmer to Regan | Regan Depo Ex 6 | | | |
| 40 | 07/24/2007 Memo from Jamieson to Farmer | Regan Depo Ex 7 | | | |
| 41 | 07/27/2007 Memo from Jamieson to Regan | Regan Depo Ex 8 | | | |
| 42 | 08/09/2007 Letter from Renner to Farmer | Regan Depo Ex 9 | | | |
| 43 | 08/17/2007 Letter from Regan to Baxter | Regan Depo Ex 10 | | | |
| 44 | 10/17/2007 Memo from Farmer to Regan | Regan Depo Ex 11 | | | |
| 45 | 10/29/2007 Letter from Renner to Farmer | Regan Depo Ex 12 | | | |
| 46 | 10/30/2007 Memo from Farmer to Regan | Regan Depo Ex 13 | | | |
| 47 | 10/31/2007 Memo from Farmer to Regan | Regan Depo Ex 14 | | | |
| 48 | 11/20/2007 Memo from Knowles to Farmer | Regan Depo Ex 15 | | | |
| 49 | 11/26/2007 Letter from Dilly to Farmer | Regan Depo Ex 16 | | | |
| 50 | 04/11/2008 Memo from Farmer to Regan | Regan Depo Ex 17 | | | |
| 51 | 12/12/2007 Letter from Renner to Farmer | Regan Depo Ex 18 | | | |

23451887v2

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 52 | 06/28/2007 Memo from Regan to Farmer | Regan Depo Ex 19 | | | |
| 53 | 10/17/2007 Memo from Regan to Newlon-Trujillo | Regan Depo Ex 20 | | | |
| 54 | 10/23/2007 Memo from Newlon-Trujillo | Regan Depo Ex 21 | | | |
| 55 | 04/14/2008 Memo from Regan to Farmer | Regan Depo Ex 22 | | | |
| 56 | 12/17/2014 Letter from Abrams to Regan | Regan Depo Ex 23 | | | |
| 57 | 12/27/2006 Memo from Regan to Farmer | Regan Depo Ex 24 | | | |
| 58 | 01/24/2007 Memo from Regan to Farmer | Regan Depo Ex 25 | | | |
| 59 | 03/19/2007 Letter from Regan to Farmer | Regan Depo Ex 26 | | | |
| 60 | 07/30/2007 Memo from Regan to Damisa | Regan Depo Ex 27 | | | |
| 61 | 07/31/2007 Memo from Damisa to Regan | Regan Depo Ex 28 | | | |
| 62 | 09/11/2007 Memo from Long to Renner | Regan Depo Ex 29 | | | |
| 63 | Progress Notes for Claim #79399 | Regan Depo Ex 30 | | | |
| 64 | 11/08/2007 Memo from Newlon-Trujillo to Regan | Regan Depo Ex 31 | | | |
| 65 | 11/25/2007 Memo from Regan to Newlon-Trujillo | Regan Depo Ex 32 | | | |
| 66 | 11/16/2007 Memo from Regan to Renner | Regan Depo Ex 33 | | | |
| 67 | Progress Notes for Claim #79399 | Regan Depo Ex 34 | | | |
| 68 | 11/26/2007 Letter from Margulis to Regan | Regan Depo Ex 35 | | | |
| 69 | 12/12/2007 Memo from Newlon-Trujillo | Regan Depo Ex 36 | | | |
| 70 | Progress Notes for Claim #79399 | Regan Depo Ex 37 | | | |
| 71 | Progress Notes from Claim #79399 | Regan Depo Ex 38 | | | |
| 72 | Amended Deposition Notice | Haag Depo Ex 1 | | | |
| 73 | Bio of Natalie Haag | Haag Depo Ex 2 | | | |

23451887v2

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 74 | 12/17/2008 Letter from Margulis to Haag | Haag Depo Ex 3 | | | |
| 75 | 01/21/2009 Letter from Abrams to Margulis | Haag Depo Ex 4 | | | |
| 76 | 02/03/2009 Letter from Margulis to Abrams | Haag Depo Ex 5 | | | |
| 77 | 11/20/2007 Email from Dilly to Knowles | Haag Depo Ex 6 | | | |
| 78 | 12/22/2014 Haake Opinion Letter | Haake Depo Ex 1 | | | |
| 79 | Haake CV | Haake Depo Ex 2 | | | |
| 80 | Fireman's Fund Records | Haake Depo Ex 3 | | | |
| 81 | 2004-2005 Professional Liability Insurance Policy | Haake Depo Ex 4 | | | |
| 82 | 12/22/2014 Haake Opinion Letter with handwritten notations and notes about Leia Farmer's deposition | Haake Depo Ex 5 | | | |
| 83 | Typewritten notes entitled T/C 1-21-15 w/Bruce Keplinger of Norris Keplinger | Haake Depo Ex 6 | | | |
| 84 | FFIC Loss Run | FFIC0001-6 | | | |
| 85 | Statement of Claim in Wahl Arbitration | BYA00776-801 | | | |
| 86 | Second Amended Statement of Claim in Wahl Arbitration | BYA00001-58 | | | |
| 87 | 2009 Mutual Release and Settlement Agreements between claimants and respondents in Wahl Arbitration | BYA00198-457 | | | |
| 88 | Settlement checks | BYA00096-108 | | | |
| 89 | Defense cost invoices | BYA00115-197 | | | |
| 90 | 07/2007 email chain between L. Farmer, J. Jamieson and F. Regan regarding Lloyds' approval of counsel for Wahl | BYA04188-89 | | | |
| 91 | Correspondence from N. Haag enclosing spreadsheet of Wahl settlement payments | BYA1400-04 | | | |

23451887v2

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 92 | 01/11/2009 email from Jamieson to T. Deitz of Catlin regarding settlement of Wahl | BYA02702 | | | |
| 93 | Correspondence between BYA and Catlin regarding settlement of Wahl | BYA1406-07, BYA3826-27 | | | |
| 94 | 03/14/2007 letter from C. Dilly on behalf of Lloyds denying coverage for Knotts | BYA05862-67 | | | |
| 95 | 05/21/2007 letter from F. Regan on behalf of FFIC re: Knotts | BYA05869 | | | |
| 96 | Progress Notes from Claim #79399 | LANCER00001-76 | | | |
| 97 | 12/12/2007 Email from Renner to Newlon-Trujillo | LANCER00455-457 | | | |
| 98 | 07/31/2007 Email from Camisa to Regan | LANCER00560 | | | |
| 99 | 07/27/2007 Email from Regan to Camisa | LANCER00609 | | | |

Date:  February 18, 2015

Respectfully submitted,

LATHROP & GAGE LLP

/s/ *Michael J. Abrams*
Michael J. Abrams     KS Bar # 15407
mabrams@lathropgage.com
Kimberly K. Winter    KS Bar #17912
kwinter@lathropgage.com
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000 – Telephone
(816) 292-2001 – Facsimile

ATTORNEYS FOR PLAINTIFF

23451887v2

- 7 -

## CERTIFICATE OF SERVICE

This is to certify that, on this 18th day of February, 2015, the foregoing was electronically filed and served by the ECF Court filing system on the below named counsel:

Bruce Keplinger
bk@nkfirm.com
Christopher J. Lucas
cjl@nkfirm.com
NORRIS & KEPLINGER, LLC
9225 Indian Creek Parkway
Corporate Woods, Building 32, Suite 750
Overland Park, KS 66210
ATTORNEYS FOR DEFENDANT

            /s/ *Michael J. Abrams*
            An Attorney for Plaintiff

23451887v2